RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/9/14

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| NIKKI LEE MOSES,<br>    Appellant | CIVIL ACTION<br>NO. 1:13-CV-0550 |
| VERSUS | |
| U.S. COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br>    Appellees | JUDGE JAMES T. TRIMBLE, JR<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is AFFIRMED and Moses' appeal is DENIED AND DISMISSED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 9th day of July 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE